UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) CR 415-66 |
|---|---|
| | ) |
| v. | ) |
| | ) |
| TROY WILLIAMS | ) |

### ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment against Troy Williams is hereby GRANTED.

The indictment is hereby dismissed without prejudice.

So ORDERED, this 15th day of May, 2015.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 15 2015
CLERK
SO. DIST. OF GA